IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HOWARD JONES, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-273-C |
| | ) | |
| JOHN WHETSEL, SHERIFF, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on April 12, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, despite Plaintiff having been given an extension of time to June 4, 2012, in which to file his objections. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8) is adopted and Plaintiff's civil rights complaint is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2012.

ROBIN J. CAUTHRON
United States District Judge